UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RAMIE KEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) 6:14-cv-39 |
| CHARLES FUGITT and | ) |
| CHRISTOPHER KIGHT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Ramie Key and Defendant Charles Fugitt have proposed that the Court enter a consent judgment on the terms of their settlement. ECF No. 12. District courts in this circuit are to approve only those settlements that "'[are] fair, adequate and reasonable and [are] not the product of collusion between the parties.'" *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984) (quoting *Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977)); *see also In re Smith*, 926 F.2d 1027, 1028-29 (11th Cir. 1991). On the meager record before it, the Court cannot find that the settlement is fair, adequate, and reasonable. Therefore, the Court declines to approve a consent judgment. The parties' request for approval of the settlement and entry of the consent judgment, ECF No. 12, is **DENIED**.

The ___ day of October 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA