IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
RAMIE KEY,                      *
                                *
     Plaintiff,                 *
                                *
v.                              *
                                *    CV614-039
CHARLES FUGITT and              *
CHRISTOPHER KIGHT,              *
                                *
     Defendants.                *
```

**ORDER**

Presently pending before the Court is the plaintiff's Motion for Reconsideration. (Doc. no. 14.) Plaintiff Ramie Key and defendant Charles Fugitt previously requested that the Court approve their settlement and enter a consent judgment. (Doc. no. 12.) The Court denied their request (Doc. no. 13.), and Key now seeks reconsideration (Doc. no. 14).

The Court has given due consideration to Key's Motion. Judicial approval of a settlement in this action is not required by law, and Key has provided no authority to demonstrate that it is. Therefore, the Court again declines to approve the settlement.

But the parties also seek entry of a consent judgment in favor of Key and against Fugitt. (See Doc. no. 12-3.) While

the Court is not opposed in principle to entering a consent judgment, the proposed judgment contains unnecessary factual findings and legal conclusions. (See id.) Therefore, the Court **DIRECTS** the parties to remove each paragraph beginning with the word "WHEREAS", retaining only the final paragraph. The parties should then submit the modified consent judgment for the Court's review within seven (7) days of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA