# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| RAMIE KEY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-39 |
| v. | |
| CHRISTOPHER KIGHT, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 43), to which no Objections were filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Plaintiff's Motion for Default and **AWARDS** total damages, fees, and costs in the amount of **$289,367.59** against Defendant Kight and in favor of Plaintiff. This award is apportioned as follows: **$100,000.00** in compensatory damages for physical pain and suffering and mental and emotional distress; **$25,000.00** for future medical expenses; **$124,800.00** in lost income; **$25,000.00** in punitive damages; [1] **$11,851.88** in attorney's fees; and costs in the amount of **$2,715.71**. Additionally, pursuant to 42 U.S.C. § 1997e(d)(2), in the event Plaintiff recovers his award of compensatory

---

[1] The Court specifically agrees with the Magistrate Judge that Plaintiff is entitled to the full amount of punitive damages he requested, $25,000.00. Having reviewed the video of the incident, it is abundantly clear that Defendants, without provocation, swept Plaintiff's feet out from underneath him and then threw Plaintiff, face-first, into the concrete floor, all while Plaintiff was handcuffed. Such malicious conduct by any individual, much less officers of the law, is reprehensible.

damages, **$2,000.00** of that recovery shall be applied to satisfy the amount of attorney's fees awarded against this Defendant.

**SO ORDERED**, this 24th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
~~SOUTHERN~~ DISTRICT OF GEORGIA